455 A.2d 188

Commonwealth v. Elliott, Appellant.

Submitted March 3, 1982. David P. Trulli, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.